UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN JOAQUIN GENERAL HOSPITAL, a division of the County of San Joaquin,<br><br>Plaintiff,<br><br>v.<br><br>FARZANA SHEIKH and REHAN SHEIKH,<br><br>Defendants. | No. 2:17-cv-1178 GEB DB PS<br><br>ORDER |

This case was removed from state court by a Defendant proceeding in propria persona. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On June 8, 2017, the magistrate judge filed findings and recommendations herein which were served on defendants and which contains notice to defendants that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen-day period has expired, and neither defendant has filed any objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

1

1 | Accordingly, this case remanded to the Superior Court of California in San Joaquin County and the federal action shall be closed.

Dated: July 7, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge